FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 7 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ E DEPUTY

Dennis J. Curran, Esq. (#003392)
Timothy G. Tonkin (#020709)
**PHILLIPS & ASSOCIATES**
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
Tel: (602) 258-8900
Fax: (602) 279-9155

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| LARRY FULLER, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, INC., a Foreign corporation; WAL-MART STORES, INC., a foreign corporation; JOHN DOES AND JANE DOES, I-X; BLACK COMPANIES, WHITE CORPORATIONS, I-X;<br><br>Defendants. | No. CV-05-1089-PHX-FJM<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Plaintiff hereby advises the Court that on October 27, 2005 it served upon Defendants Plaintiff's Response to Defendant Remington Arms Company, Inc.'s Interrogatories and Plaintiff's Response to Defendant Remington Arms Company, Inc.'s Request for Production.

DATED this 27th day of October, 2005.

**PHILLIPS & ASSOCIATES**

By _____
Dennis J. Curran, Esq.
Timothy G. Tonkin, Esq.
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
Attorneys for Plaintiff

1  ORIGINAL filed and a copy of the foregoing
   mailed this 27th day of October, 2005 to:
2
   John D. Everroad, Esq.
3  Fennemore Craig, P.C.
   3003 North Central Avenue
4  Suite 2600
   Phoenix, Arizona 85012
5  Attorneys for Defendants

6  Dale G. Willis, Esq.
   Swanson, Martin & Bell, L.L.P.
7  330 North Wabash
   Suite 3300
8  Chicago, Illinois 60611
   Attorneys for Defendants
9

10
   By: _____
11     Trina Anderson-Bentley

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26


2